# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN SALISBURY,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00010-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 144 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for July 5, 2022 at 2:00 p.m., be vacated and continued to July 25, 2022 at the hour of 11:00 a.m.

　DATED: June 30, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE