

# SEALED

Prob12C
D/NV Form
Rev. March 2017

FILED.

**United States District Court**
**for**
**the District of Nevada**

DATED: 7:06 pm, August 13, 2022

U.S. MAGISTRATE JUDGE

---

## PETITION FOR EMERGENCY WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Kevin Salisbury**

Case Number: **2:12CR00010**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **April 7, 2015**

Original Offense: **Possession of a Firearm by a Convicted Felon**

Original Sentence: **35 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **July 25, 2022**

Revocation Sentence: **30 days custody, followed by 35 month of supervised release.**

Date Supervision Commenced: **May 3, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

---

## PETITIONING THE COURT

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Follow Instructions Of Probation Officer** - You must follow the instructions of the probation officer related to the conditions of supervision.

   On August 12, 2022, Salisbury reported to the United States Probation Office after his release from custody. During his intake process, he refused to sign any and all paperwork without counsel present. Additionally, he advised he will refuse to abide by any stipulations of his supervised release. Salisbury left without completing the intake process.

**RE: Kevin Salisbury**

Prob12C
D/NV Form
Rev. March 2017

2. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

   On August 13, 2022, Salisbury was arrested by Nye County Sherriff's office for the charges of Use or be Under the Influence of C/S, in violation of NRS 453.411; a misdemeanor, and Grand Larceny of a Motor Vehicle (1st) in violation of NRS 205.228.2A; a felony charge. A case number is pending assignment and it is not yet known when a Court appearance will take place.

3. **Live At Approved Place** - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

   On August 12, 2022, Salisbury left the Thriving Warriors Program in Pahrump. Salisbury did not have permission from the undersigned officer to change his address.

**.U.S. Probation Officer Recommendation:**

That a warrant be issued for the offender's arrest.

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 13, 2022**

**Brianna King**    Digitally signed
                    by Brianna King
                    Date: 2022.08.13
                    17:15:34 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian
Blevins
Date: 2022.08.13
17:00:28 -07'00'

Brian Blevins
Supervisory United States Probation Officer.

**RE: Kevin Salisbury**

Prob12C
D/NV Form
Rev. March 2017

---

*THE COURT ORDERS*

---

☐     No Action.

x     The issuance of a warrant.

☐     Other:



Honorable Daniel J. Albregts
United States Magistrate Judge

Date: August 13, 2022

**RE: Kevin Salisbury**

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. KEVIN SALISBURY, 2:12CR00010

### SUMMARY IN SUPPORT OF PETITION FOR EMERGENCY WARRANT
### August 13, 2022

On April 7, 2015, Salisbury was sentenced to 35 months custody, followed by three years of supervised release for committing the offense of Possession of a Firearm by a Convicted Felon. Supervised release commenced on May 3, 2022.

On July 25, 2022, Salisbury's supervised release was revoked, and he was sentenced to 30 days custody, followed by 35 months of supervised release for the violation of Failure to Report. His second term of supervised release commenced on August 11, 2022.

On August 11, 2022, Salisbury reported to the United States Probation Office after his release from custody; but only after the undersigned officer contacted him and asked him to report. Upon reporting to the United States Probation Office, Salisbury refused to complete his intake paperwork. Additionally, he refused to sign any releases of information or conditions without his counsel present. Salisbury further stated he would not participate with any stipulations of supervised released, which included participating in any programs.

It was explained to Salisbury that refusal to sign his releases of information or his Judgement and conditions is considered a violation. Salisbury still refused to sign any paperwork without counsel present and left without completing his intake process.

The Federal Public Defenders Office has recused themselves from this case; therefore, Salisbury does not have counsel to be present in order for him to complete his supervised release intake.

Salisbury was subsequently directed to reside at the Thriving Warriors facility located in Pahrump, NV. On August 13, 2022, the undersigned officer received several incomprehensible text messages from Salisbury referencing his leaving the facility. The undersigned officer contacted Salisbury to get clarification on his text messages. Salisbury advised he left Thriving Warriors in the middle of the night to go to Walmart to buy energy drinks and food. He said police were called upon his arrival back at the facility. Salisbury continued to reference a forklift that he "borrowed" and advised that is why he cannot return to Thriving Warriors. He advised he was somewhere in the desert but could not provide his location. The undersigned officer contacted the director of Thriving Warriors to get more information. The director advised Salisbury left after curfew and came back driving a stolen sky lift. The police were called, and Salisbury fled on foot with the keys to the sky lift.

Additionally, the director of the program advised Salisbury threatened to kill him via text message. He sent the text message to the undersigned officer which read "we are going to kill you ef,...".

**RE: Kevin Salisbury**

Prob12C
D/NV Form
Rev. March 2017

The undersigned officer contacted Salisbury who advised he was still in the desert and does not know where he was. He continued to reference "borrowing" the "forklift" but would not advise where he obtained it from. During the conversation Salisbury would transition from being belligerent to being calm.

Later in the day, Nye County Sheriff's office was contacted in reference to a trespassing call. An individual was observed on private property looking into a home through the windows. The property owner called the Nye County Sheriff's Office and reported the incident, but the individual fled on foot. The suspect was contacted at a nearby gas station and was detained for trespassing. The suspect gave the name of Doc Severson; however, that name came back with no matches. The individual was later identified as Kevin Salisbury and was arrested on the above charges.

It should be noted that Salisbury is on his second term of supervised release. He immediately absconded upon his first term and obtained charges for violating protection orders and stalking. Salisbury has a repeated history of violent/stalking behavior towards women. It is believed that he suffers from a mental health disease; however, this cannot be confirmed due to his unwillingness to participate in psychological evaluations. He has proven to be a risk of flight and a risk of danger to the community time and time again.

Therefore, it is respectfully requested an emergency warrant be issued to secure his appearance for a revocation hearing.

Respectfully submitted,

**Brianna King**
Digitally signed by Brianna King
Date: 2022.08.13 17:16:03 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.08.13 17:01:07 -07'00'

Brian Blevins
United States Probation Officer