# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case Nos. 2:12-cr-10-JAD-CWH |
| Plaintiff | 2:13-cr-62-JCM-PAL |
| vs. | |
| Kevin Salisbury, | **ORDER** |
| Defendant | |

Defendant Kevin Salisbury is scheduled to appear for a contested hearing on petitions to revoke his supervised release today at 1:30 p.m. Salisbury (whose appearances in these cases over the last many years have been often combative, aggressive, and uncooperative) is in pretrial detention pending this hearing, which has been continued several times, primarily due to delays necessitated by his own antics. The United States Marshal Service ("USMS") has informed the court that Salisbury is refusing to be transported for today's hearing. The court finds it necessary and appropriate to order the USMS to use reasonable force as it deems necessary to compel this defendant to be transported and to appear before this court for his supervised-release revocation hearing today in Courtroom 6D of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable force as it deems necessary to compel defendant to be transported for and appear at the

revocation hearing before this court scheduled for today, February 5, 2024, at 1:30 p.m. in Courtroom 6D.

DATED this 5th day of February, 2024.

_____
Jennifer A. Dorsey
United States District Judge