```
1                    IN THE UNITED STATES DISTRICT COURT

2                          FOR THE DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,       )
                                     ) Case Nos.
4              Plaintiff,            ) 2:12-cr-00010-JAD-CWH
                                     ) 2:13-cr-00062-JCM-PAL
5    vs.                             )
                                     )   ORDER TEMPORARILY
6    KEVIN SALISBURY,                )   UNSEALING PROCEEDINGS
                                     )
7              Defendant.            )
     _____)
8
```

9     Mark Eibert, Esq., filed a Designation of Transcripts (ECF Doc. 175). Of the transcripts requested, the following docket numbers are proceedings that are either sealed or contain a sealed portion: Docket Nos. 157, 164 and 167. The transcripts are to be prepared by Amber McClane, Federal Official Court Reporter.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearings shall be unsealed for the limited purpose of providing the transcripts as requested by Mark Eibert, Esq. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 USC § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Amber McClane, FOCR, shall not disclose the contents of the transcripts of the sealed proceedings to anyone other than the parties or representatives of the parties directly concerned with this case.

**DATED** this 20th day of March, 2024.

```
                              _____
                                    JENNIFER A. DORSEY
                              United States District Court Judge
```