UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case Nos.: 2:12-cr-00010-JAD-CWH |
|---|---|
| Plaintiff | |
| v. | **Order Denying Motion and Striking Unauthorized Filings by Represented Criminal Defendant in Closed, Appealed Case** |
| Kevin A. Salisbury, | |
| Defendant | [ECF Nos. 225–232, 234] |

Defendant Kevin A. Salisbury's supervised release was revoked in February of this year, and he was sentenced to 24 months in custody with no supervision to follow.[1] Though he is represented by counsel,[2] Salisbury has filed dozens of motions, notices, and letters under his newest claimed name, "Kevin A. Stellar."

The most recent of these motions is captioned as a "Motion Still Seeking Discovery, Information further per joint discovery agreement Written Interrogatory."[3] That motion is denied under Local Rule IA 11-6(a), which states that "a party who has appeared by attorney cannot while so represented appear or act in the case."[4] Plus, because an appeal of the supervised-release revocation is pending,[5] this court has been divested of jurisdiction to entertain motions related to the merits of the supervised-release violations.[6]

---

[1] ECF No. 186.

[2] ECF No. 197.

[3] ECF No. 228.

[4] L.R. IA 11-6(a).

[5] ECF No. 188 (notice of appeal).

[6] *Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed.").

The defendant's various "notices" and letters are largely nonsensical, incomprehensible, or illegible, and they have no legal effect, so they will be struck.  And the defendant is reminded that letters to the court are not appropriate and the court will take no action in response to a letter.  *See* Local Rule IA 7-1 ("All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties.  The clerk may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice.").

IT IS THEREFORE ORDERED that the motion **[ECF No. 228] is DENIED**.  IT IS FURTHER ORDERED that the Clerk of Court must **STRIKE the defendant's pro se notices and letters at ECF Nos. 225, 226, 227, 229, 230, 231, 232, and 234.**  The defendant is advised that this case is closed and he is represented by counsel, so any further notices, letters, and motions that he files on his own behalf will be struck without prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
May 23, 2024